IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CALVIN JAMES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-24-1352-D |
| FCI EL RENO, *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER

Upon review of the file and noting no timely objection to the Report and Recommendation [Doc. No. 9] issued by United States Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation in its entirety.

For the reasons stated therein, this action is **DISMISSED** without prejudice to refiling.[1]

**IT IS SO ORDERED** this 20th day of March, 2025.

TIMOTHY D. DeGIUSTI
Chief United States District Judge

---

[1] Plaintiff's pending motions [Doc. Nos. 6, 7, 8] are rendered moot.